ROGERS, administratrix, *v.* BRAND *et al.*

CANDLER, J. This being an action to enjoin the commission of a trespass, and there being no allegation in the petition that the threatened injury is irreparable in damages or that the defendants are insolvent, and no other cause for equitable interference being made to appear, it was not error to refuse an injunction. *Judgment affirmed. By five Justices.*

Submitted July 27, — Decided August 13, 1903.

Petition for injunction. Before Judge Russell. Gwinnett superior court. June 3, 1903.

*T. M. Peeples* and *C. L. Pettigrew*, for plaintiff.
*C. H. Brand*, for defendants.